The People of the State of New York, Respondent, *v.* Cordelia Flaherty, Appellant.

*People* v. *Flaherty,* 126 App. Div. 65, appeal dismissed. (Submitted April 25, 1910; decided May 3, 1910.)

Motion to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 6, 1908, which dismissed an appeal from a judgment of the Court of Special Sessions of the Peace in the county of New York convicting the defendant of a violation of section 382 of the Penal Code.

The motion was made upon the ground of failure to prosecute the appeal.

*Charles S. Whitman, District Attorney (Stanley L. Richter* of counsel), for appellant.

No one opposed.

Motion granted and appeal dismissed.